■ DEBORAH FUCHS PEMBERTON, Respondent, v DANIEL FUCHS, Appellant. [869 NYS2d 347]

The defendant was properly served with the plaintiff's motion to hold him in contempt (*see Corpuel v Galasso,* 240 AD2d 531 [1997]; *Rothkopf v Rothkopf,* 191 AD2d 685 [1993]). On this motion to vacate his default in opposing that motion, he was required to demonstrate both a reasonable excuse for his default in opposing the motion and a meritorious opposition to the motion (*see Raciti v Sands Point Nursing Home,* 54 AD3d 1014 [2008] *Ayiku v Viteritti,* 54 AD3d 789 [2008]; CPLR 5015 [a] [1]). He failed to do either.

The defendant's remaining contentions are without merit. Mastro, J.P., Florio, Eng and Chambers, JJ., concur.